IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY ROY TYLER,<br>　　　　Plaintiff,<br><br>vs.<br><br>MIKE JOHANNS, et al.<br>　　　　Defendants. | )　CASE NO:  4:02cv3286<br>)<br>)　　　　ORDER<br>)　TO WITHDRAW EXHIBITS<br>)　OR TO SHOW CAUSE WHY<br>)　EXHIBITS SHOULD NOT BE<br>)　　　　DESTROYED<br>)<br>) |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), all parties, shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

　　Exhibit number(s):  All exhibits

　　Hearing type(s):　　Motion hearing

　　Date of hearing(s):  December 26, 2002

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

　　IT IS SO ORDERED.

　　May 4, 2007.

　　　　　　　　　　　　　　　　　　　　　　s/ Warren K. Urbom
　　　　　　　　　　　　　　　　　　　　　　United States Senior District Judge